UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RAPID TEMPS, INC., <br><br>　　　　　　　　　Plaintiff, <br><br>　v. <br><br>PRIME CARE NEVADA INC., DOES I though X and ROE CORPORATIONS I through X, inclusive, <br><br>　　　　　　　　　Defendants. | Case No. 2:13-cv-01237-MMD-GWF <br><br>ORDER |

　　　Plaintiff Rapid Temps, Inc. filed a Motion for Default Judgment (dkt. no. 9), but the actual document appears to be a proposed order for default judgment. Plaintiff's apparent request for default judgment contains several deficiencies. Plaintiff does not file a memorandum of points and authorities in support of its motion, as required by Local Rule 7-2(d). *See* Local Rule 7-2(d) (failure to file points and authorities in support of a motion constitutes consent to its denial). Plaintiff does not address the relevant legal standard governing the award of default judgment, *see Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986), and does not apply the facts of this case to that standard. A proposed order is not a proper request for default judgment. It is therefore ordered that Plaintiff's Motion for Default Judgment (dkt. no. 9) is denied without prejudice and with leave to re-file to comply with Local Rule 7-2(d) and *Eitel*.

　　　DATED THIS 22nd day of January 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE